Entered on Docket
October 22, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed October 22, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Richard Leon and
Alice Ross Leon,

    Debtors.

Case No.: 10-46652

Chapter 13

**MEMORANDUM REGARDING PENDING OBJECTION TO CLAIM NUMBER 4**

    The above-captioned bankruptcy case was filed on June 11, 2010 (doc. 1). On February 28, 2012, Debtors filed objections to claims numbered 3 and 4 (doc. 45 and 46, respectively). On March 22, 2012, Debtors filed a *Request for Entry of Default* for each of their objections to claims numbered 3 and 4 (doc. 48 and 49, respectively). An Order granting the *Request for Entry of Default* as to claim number 3 was uploaded by Debtors and entered on April 6, 2012 (doc. 52). It has come to the Court's attention that an order granting the objection to claim number 4 was never lodged by Debtors.

    In an effort to resolve this long-delayed matter expeditiously, the Court hereby ORDERS as follows:

1

(1) Debtors shall, on or before November 2, 2015, upload an order on the objection to claim 4 for the Court's review, or alternatively, enter a withdrawal of their objection.

(2) If Debtors fail to take action on the matter as directed in paragraph (1), the Court shall overrule the objection to claim number 4 for failure to prosecute.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

**Richard Leon**
2630 Maxwell Ave
Oakland, CA 94619

**Lars T. Fuller**
**Saman Taherian**
The Fuller Law Firm
60 N Keeble Ave.
San Jose, CA 95126